LF 028
(Rev. 10//03/2022)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 21 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IkE Jackson Jr
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:26-CV-6382

-vs-

Mr Warden Sullivan

(Enter above the full name of the defendant(s).)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I. **Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No ( ✓ )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff(s): [signature]

Attn: Clerk u.s. District court 10-7-2026

My name is IKE Jackson and I have the corresponding grievence and I haven't incarcerated, but Three month's here I came here like 7/30/2026 that was my first and moded was in Shower like ahold month and it make me very Sick and when I put Sick call in they told me to Stop put sick call in and what I Suppose to do when I was sick from they facility and I have black Spot all over my body from getting bit bye ant's and Roach and my lawyer name is E Addison Gantt and they phone is (478) 743-47-47 and they got my Stuff docket when I was Call them and letting them no what was going on and they Send me this form Thank for your time and God Bless you and have a bless day done is good faith

LF 028
(Rev. 10/03/2022)

Defendant(s): Mr Wardon Sullivan

2. Court (name the district): Northern District of Georgia

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Did the previous case involve the same facts?

Yes ( ) No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): NO because this is a New Case.

7. Approximate date of filing lawsuit: Oct-7-2026

8. Approximate date of disposition: N/A

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: Robert A. Deyton Detention Facility

B. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( ) No (✓)

D. If your answer is YES:

1. What steps did you take and what were the results? No because this is a on going problem

LF 028
(Rev. 10/03/2022)

N/A

2. If your answer is NO, explain why not:

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: IkE Jackson Jr

Address(es): Robert A. Deyton Detention Facility
1866 Hastings Bridge Road. Po Box 429
Love joy, Georgia 30250

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Mr. Warden Sullivan
Robert A. Deyton DetEntion Facility
11866 Hastings Bridge Road P.O Box 429 Love joy, Georgia 30250

Employed as Robert A. Deyton Detention Facility 11866 Hastings
Bridge Road P.O Box 429 Love joy, Georgia 30250

at

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ✓ ) Federal official (a *Bivens* claim)
( ) State or local officials (a § 1983 claim)

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My 8th amendment Right have been Violated.

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ✓ ) Convicted and sentenced federal prisoner
( ) Other (*explain*) ______

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was bit bye ant's in different place's and have Spot all over my body and this have been on going for mouth's now a mode in the Shower, Roach have bit me to, I have big Spot on my back, arms, neck and legs to. I had to use Toothpaste to try to Stop the Roach, cat's from come through the window I have called my lawyer many time's about this Oct 5, 2026 My united didn't get to eat because they was Serving the Same Spoil chicken to and the medical said they was tired of me putting in Sick call to now it's hard for me to sleep, I have Being all ready been Sentent Since 2025 May 12, 2025 and wild waiting this is the Stuff I been going through in the State I was Sleeping on the Floor and fighting for my life now this. The Roof fell in and the Stuff Coming out the Roof made me Very Sick

LF 028
(Rev. 10/03/2022)

I Still haven't got treatment for my ant's bit's are Roach bit's and Mode was also in Shower's were we take showers to this have been going on months I have been here Since July 30, 2026 I haven't talk to my kids I will been Suffer from PTSD and I can't Sleep good at all thank you God Bless you.

**VII. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have went to medical I have been bit bye ant's and Roach's and have black Spot all over my body is place's they turn black to.

**VIII. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I will like the Court to holded this Facility (Robert A. Deyton) accountable for the Conditions of the Facility which I have been affected bye.

LF 028
(Rev. 10/03/2022)

N/A

Signed this I) day of Oct - 15 - 2026, 20 26.

Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (CITY) OF** Clayton

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 10/15/2026
(Date)

Signature of Plaintiff

LINDA M. JONES
NOTARY
EXPIRES
GEORGIA
July 13, 2029
PUBLIC
HENRY COUNTY

Linda M Jones
10/15/2026

 A6 | 103

# MEMORANDUM

Secure Services™
The GEO Group, Inc.®
North Lake Correctional Facility
1805 W. 32nd St.
Baldwin, MI 49304

Tel: 231-876-4914
Fax: 231-876-4300
www.geogroup.com

**DATE:** October 09,2026

**TO:** Jackson, Ike 49416511

**FROM:** N. Brown, Fire Safety

**RE:** **DETAINEE GRIEVANCE RESPONSE: 10-003-26**

---

A comprehensive review of your grievance received by the Grievance Coordinator on October 08,2006, has been conducted with the following determination being made:

Your detainee concern is concerns of insects in your pod and shower. Pest Control will visit the facility on October 12, 2026 to spray the facility specially your housing unit Alpha 6.

In the future this concern can be bettered addressed with a request thru your detainee tablet to your unit case manager. A detainee tablet form can also be another form of communication to better address this Hygiene concern.

GEO Secure Services

Robert A. Deyton Detention Facility/Robert A. Deyton Centro de Detención
Regular Grievance/Quejas regular

*Effective Date: August 01, 2019/Fecha de vigencia: 01 de agosto de 2019*
RADDF Policy & Procedure # 11.11/RADDF Políticas y Procedimientos # 11.11

# REGULAR GRIEVANCE/QUEJAS REGULAR

Grievance/Quejas No.: 10-003-26
*(issued by the Grievance Coordinator/emitido por el Coordinador de Quejas)*

☐ **EMERGENCY GRIEVANCE** *(please check box ONLY if issue is an Emergency)* **QUEJAS DE EMERGENCIA** *(marque la casilla SÓLO si el problema es una emergencia)*

*Emergency Grievance: Matters which, if handled according to regular time limits, would subject a detainee to substantial risk of personal injury or to other serious and irreparable harm.*
*Quejas de emergencia: Cuestiones que, si se maneja de acuerdo a los plazos regulares, sometería a un detenido a un riesgo sustancial de lesiones personales o cualquier otro perjuicio grave e irreparable.*

| Last Name/ Apellido | First Name/ Nombre | USMS No. | Unit/ Unidad | Cell/ Celular No. |
|---|---|---|---|---|
| Jackson | IKE | 494-16-511 | A-6 | 103 |

**WHAT IS YOUR COMPLAINT?** *(provide specific details of your complaint)* **¿CUÁL ES SU QUEJA?** *(proporcionar detalles específicos de su queja)*

My name is IKE JACKSON, I have been here like Two month's now and ant's is every were and Roach's and mole is all in our Shower because I am one of the Guy's that clean up and I been Sentence now like Since 2025 I went to the STATE and now I am back in federal Custody and I had to use tooth paste to close's Some of the hole up to Stop ant'S and Roach's and I have been getting bite by Roach and ant's and I have Not talk to My wife and Kid's like Since I been here, I was thinking federal Custody Suppose to be better than State prison medical Say I was Coming to medical to much I was thinking when you have a medical problem you go to medical, I am trying to better Myself, My lawyer Said that I am a low Care a Cam, I Have not gave no body no problem I am a man of God can I get Some help think you and God Bless you. hope talk to Some one Soon God Bless you. 9-29-2026

**REQUESTED ACTION TO BE TAKEN** *(cannot request disciplinary actions against staff members)* **MEDIDAS QUE SE PIDE A TOMARSE** *(no pueden solicitor acciones disciplinarias contra los miembros del personal)*

Signature of Grievant/Firma del agraviado: ______________ Date/Fecha: ______________

**To be completed by staff ONLY/Para ser completado por el personal SÓLO:**

☐ **Emergency/Emergencia** *(Requires emergency response/Requiere una respuesta de emergencia)*

☐ **Non-Emergency/ No de Emergencia** *(Does not meet definition of emergency/No cumplen con la definición de emergencia)*

Received By/Recibido Por: [signature] Date/Fecha: 10/02/26 Time/Hora: ______________

*Revision Date/Fecha de revisión: 08/01/2019*

WHITE = FACILITY COPY YELLOW = FILE COPY PINK = DETAINEE COPY

A6/103

GEO Secure Services™

# Acknowledgement of Receipt of Regular Grievances

DETAINEE NAME: Jackson, Ike
(Last, First)

USMS/ICE#: 49416511 DATE RECEIVED: 10/08/26

You are receiving this notice to advise you that your written grievance was received on the above listed date and is currently under review; pending investigation. Please be advised that RADDF policy I 1. 1 1, Section C (5). Elements of the Grievance Procedure states, "All grievances will be processed in a meaningful and timely manner. Grievances will be collected from the housing units every business day. Each grievance form will be dated to ensure a timely response. A written response, signed by the Assistant Facility Administrator or designee, will be returned to the grievant within three (3) business days. Should grievance staff need more than the allocated time to complete an investigation, written notification will be provided to the detainee. The notification will state the amount of time needed and reasons for needing an extension of time".

K. Collier
Grievance Coordinator

K. Collier, Grievance Coordinator

10/08/26
Date